**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1391**

LIESTIAWATI WIDJAJA,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-218-562)

Submitted: September 22, 2006      Decided: October 24, 2006

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Arnedo S. Valera, LAW OFFICES OF VALERA & ASSOCIATES, Fairfax,
Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney
General, M. Jocelyn Lopez Wright, Assistant Director, Kristin K.
Edison, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for
Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Liestiawati Widjaja, a native and citizen of Indonesia, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Widjaja's motion. See 8 C.F.R. § 1003.2(a), (b) (2006).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Widjaja, No. A95-218-562 (B.I.A. Mar. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED